### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| **James Topp,** | ) | **Case No. 2:11-2655-PMD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF REMAND** |
| | ) | |
| **Planetechs, Planetechs, LLC,** | ) | |
| **Mattroll, LLC, and TrueBlue, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court upon plaintiff's motion to remand filed on November 2, 2011. Defendants PlaneTechs, LLC and TrueBlue, Inc. who removed this case from state court, have filed a Consent to Remand with the court on November 21, 2011. Now therefore,

**IT IS HEREWITH ORDERED** that the within case is remanded to the Court of Common Pleas in Charleston County for further adjudication and disposition.

**IT IS SO ORDERED** this 21st day of November, 2011.

PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina